E. P. GRANT, Respondent, *v.* W. T. BIRDSALL, et al., Appellants

(Submitted May 1, 1883 ; decided May 8, 1883.)

*S. W. Valentine* for appellants.

*D. M. Porter* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.